IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN E. PHILLIPS and
MELISSA PHILLIPS                                                          PLAINTIFFS

      v.        Civil No. 07-5003

J. JOHNSON CONSTRUCTION
COMPANY, INC., and JOHNNY
E. KIMBROUGH                                                              DEFENDANTS

### O R D E R

Now on this 28th day of September, 2007, comes on for consideration the parties' **Joint Motion To Dismiss With Prejudice** (document #18), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                /s/ Jimm Larry Hendren
                                **JIMM LARRY HENDREN**
                                **UNITED STATES DISTRICT JUDGE**